UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZEN ARAKJI,<br>　　　　Plaintiff,<br>　　v.<br>GOODWILL OF SILICON VALLEY,<br>　　　　Defendant. | Case No. 18-cv-03192-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. Nos. 6, 8 |

The Court has reviewed Judge Nathanael Cousins' Report and Recommendation to Dismiss the Case and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the case is dismissed.

**IT IS SO ORDERED.**

Dated: August 21, 2018

_____
VINCE CHHABRIA
United States District Judge